**Order filed January 23, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00520-CR

_____

**AARON JAQUES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 228th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1391642**

## ORDER

Appellant is represented by retained counsel, Inger Chandler. Appellant's brief was originally due October 16, 2019**.** We have granted a total of 90 days to file appellant's brief until December 18, 2019. When we granted the last motion to extend time, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. On December 18, 2019, counsel

filed a further motion to extend time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the motion to extend time and issue the following order.

Accordingly, we order Inger Chandler to file a brief with the clerk of this court within thirty (30) days of the date of this order. If counsel does not timely file appellant's brief as ordered, the court may issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, or other appropriate relief.

PER CURIAM

Panel consists of Justices Zimmerer, Spain, and Hassan.